IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
:
: CHAPTER 7
KURT ALAN TOPFER
:
:
: CASE NO. 5:18-01966
Debtor
:

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Phyllis Sheldon, do hereby certify that on May 29, 2018 I caused a true and correct copy of the Rescheduling Notice of the 341 meeting of creditors to be served on the following parties by the method indicated:

VIA CM/ECF:

Office of the United States Trustee
ustpregion03.ha.ecf@usdoj.gov

See attached mailing list.

Dated: May 29, 2018
/s/ Phyllis Sheldon
Phyllis Sheldon
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600
Fax (570) 585-0313

Label Matrix for local noticing
0314-5
Case 5:18-bk-01966-RNO
Middle District of Pennsylvania
Wilkes-Barre
Tue May 29 13:30:19 EDT 2018

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Edward Topfer
307 Keith Drive
Allen, TX 75002-3413

Gaetano Serpico
34 South Main Street
Apartment 1109
Wilkes-Barre, PA 18701-1720

Glen Summit Company
P.O. Box 34
Mountaintop, PA 18707-0034

Indian Springs Water Company
P.O. Box 13
Mountaintop, PA 18707-0013

Luzerne County Tax Claim Bueau
c/o Northeast Revenue Service
200 N. River Street
Wilkes-Barre, PA 18711-1004

Mariner Bank
765 Kidder Street
Wilkes-Barre, PA 18702-6910

Mountaintop Area Joint Sewer Authority
P.O. Box 343
Berwick, PA 18603-0343

PNC Bank
11 Market Street
Wilkes-Barre, PA 18702

PPI Electric Utilities
P.O. Box 25239
Lehigh Valley, PA 18002-5239

Service Electric
15 J Campbell Collins Drive
Wilkes-Barre, PA 18702-6636

Robert P. Sheils, Jr (Trustee)
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411-2505

Kurt Alan Topfer
39 Loop Road
Mountaintop, PA 18707-1778

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14