In re:                                                          Case No. 18-01966-RNO
Kurt Alan Topfer                                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: BIrving          Page 1 of 1           Date Rcvd: Nov 13, 2018
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: kurt.topfer@gmail.com Nov 13 2018 19:04:14     Kurt Alan Topfer,   39 Loop Road,
                Mountaintop, PA 18707-1778
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
          Lisa M. Doran   on behalf of Defendant Evelyne Ruetimann Topfer ldoran@dorananddoran.com
          Lisa M. Doran   on behalf of Creditor Evelyne  Ruetimann Topfer ldoran@dorananddoran.com
          Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,  PA41@ecfcbis.com;psheldon@sheilslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**KURT ALAN TOPFER**

| | |
|---|---|
| **Chapter:** | **7** |
| **Case No.:** | **5-18-bk-01966 RNO** |

**EVELYNE RUETIMANN TOPFER**

**Movant(s)** | **Document No.:** | **30**

vs.

**KURT ALAN TOPFER**
**ROBERT P. SHEILS, JR., CHAPTER 7 TRUSTEE**

**Nature of Proceeding:** | **Motion to Set Status Conference**

**Respondent(s)**

## ORDER

Upon Motion of Evelyne Ruetimann Topfer, by her attorneys, Doran & Doran, PC, requesting a status conference on her Motion for Relief from the Automatic Stay, in view of the October 25, 2018 Amended Order which was issues by the Court of Common Pleas of Luzerne County in the remanded Marital Action, it is

ORDERED that a status conference is scheduled for December 18, 2018, at 9:30 a.m., in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

The parties should be prepared to discuss whether the Court's Judgment of July 26, 2018, (Docket #24) requires a final, unappealable judgment in the divorce action before the Court can consider further relief from the automatic stay as to property of the estate or the Debtor, Kurt Alan Topfer.

By the Court,

_Robt N. Opel II_
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

November 13, 2018