```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-01966-RNO
Kurt Alan Topfer                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: BIrving              Page 1 of 1           Date Rcvd: Dec 17, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: kurt.topfer@gmail.com Dec 17 2018 19:27:43      Kurt Alan Topfer,    39 Loop Road,
                 Mountaintop, PA 18707-1778
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              Lisa M. Doran    on behalf of Defendant Evelyne Ruetimann Topfer ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Creditor Evelyne  Ruetimann Topfer ldoran@dorananddoran.com
              Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KURT ALAN TOPFER

Chapter: 7
Case No.: 5-18-bk-01966 RNO

**ORDER**

Upon consideration of the Order entered in the case of Evelyne Ruetimann Topfer, Bankruptcy Case No. 5-18-bk-01968 RNO, filed to Docket No. 37, on November 21, 2018, it is

ORDERED that the Court confirms that the automatic stay imposed upon the filing of Kurt A. Topfer's voluntary petition does not stay the post-petition claim of Evelyne Ruetimann Topfer, against Kurt A. Topfer, for proximate damages, punitive damages, attorney's fees or costs pursuant to 11 U.S.C. § 303(i) of the Bankruptcy Code; and,

FURTHER ORDERED that a copy of this Court's Order of November 21, 2018, filed in Case No. 5-18-bk-1968 RNO is attached hereto.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

December 17, 2018

Order – Blank without Parties - Revised 04/18